UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRNA L. SANTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>LORETTA LYNCH,<br><br>    Defendants. | No. 1:16-cv-00351-DAD-SMS<br><br>ORDER GRANTING STIPULATION RE DEFENDANT'S MOTION FOR DISMISSAL OR TRANSFER<br><br>(Doc. Nos. 9, 13) |

On April 29, 2016, defendant Loretta Lynch filed a motion to dismiss this action for lack of venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, or in the alternative, to transfer the matter to the United States District Court for the District of Columbia.  (Doc. No. 9.)  Subsequently, on May 27, 2016, the parties filed a stipulation to transfer this action to the District of Columbia.  (Doc. No. 13.)

Pursuant to 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  According to the stipulation, the parties agree that the District of Columbia is the only district for which venue is proper.  (Doc. No. 13 at 1.)  Finding good cause and in the interests of justice, the court grants the parties' stipulation.

Accordingly,

1. The parties' stipulation to transfer this action to the District of Columbia (Doc. No. 13) is granted;
2. The Clerk of the Court is directed to transfer this action to the United States District Court for the District of Columbia as soon as reasonably possible;
3. Defendant's motion for dismissal or transfer (Doc. No. 9) is denied as moot; and
4. The initial scheduling conference, currently set for June 22, 2016 before Magistrate Judge Sandra M. Snyder, is vacated.

IT IS SO ORDERED.

Dated:  **May 31, 2016**  */s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE